IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANESSA CALVO-PEREZ, on behalf of herself and all others similarly situated,

    Plaintiff,

  v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.

No. C 11-04764 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks counsel for the notice of settlement and cautions that all deadlines remain in place until a dismissal is filed. The parties may have until noon on **WEDNESDAY, FEBRUARY 15, 2012**, in which to file a dismissal; otherwise, counsel must come to the case management conference on **THURSDAY, FEBRUARY 16, 2012, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: February 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE